UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANYE S.M. WALLER,

   Plaintiff,

 v.

SAINT FRANCIS HOSPITAL,

   Defendant.

Case No. 21-cv-06230-HSG

**JUDGMENT**

  For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.  The Clerk shall enter judgment in favor of Defendant and against Plaintiff.

  **IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/18/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge